UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RUBY D. MANSON, | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 2:07-CV-02804-DAD |
| v. | ) |
| MICHAEL J. ASTRUE, | ) **ORDER OF REMAND** |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Remand between the parties, and good cause appearing,

IT IS ORDERED that this matter is hereby remanded to the Commissioner for further administrative action pursuant to sentence 4 of the Social Security Act, 42 U.S.C. § 405(g).

IT IS ORDERED that upon remand the Administrative Law Judge (ALJ) will further develop the record and re-evaluate the medical source opinions of Varsha Sikka, M.D., and Nabil Athanassious, M.D.; and re-assess Plaintiff's residual functional capacity. In the event that Plaintiff is determined to have a more restrictive residual functional capacity than found by ALJ Charles D. Reite in his decision dated June 19, 2006, the ALJ will be directed to obtain vocational expert testimony to determine what jobs in the national economy Plaintiff would be able to do given his revised residual functional capacity. On remand, the ALJ will also be directed to consolidate the current claim with Plaintiff's subsequent favorable claim, filed on January 30, 2006, and issue a new decision on the associated claims.

DATED: August 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/manson2804.remand